**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

MARY PROCTOR                                                                    PLAINTIFF

v.                                     Case No. 2:15-CV-2025

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                              DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 9) from United States Magistrate Judge Erin L. Setser.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this 1ST day of December, 2015.


/s/ P. K. Holmes, III
_____
   P. K. HOLMES, III
   CHIEF U.S. DISTRICT JUDGE